IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01812–PAB–KMT

ESTATE OF ADAM BROWN,
DEBORAH BROWN, as Co-Personal Representative,
GREGORY BROWN as Co-Personal Representative,
DEBORAH BROWN, Individually, and
GREGORY BROWN, Individually, as the parents of Decedent ADAM BROWN,

      Plaintiffs,

v.

TOWN OF FRISCO, COLORADO,
KEVIN J. LUKANSKI, and
TIKI BAR,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Motion to Amend the Complaint Pursuant to Fed.R.Civ.P. 15(a)(1)(A)" (#10, filed August 20, 2009) is GRANTED. The Clerk of Court is directed to file the First Amended Complaint attached to the Motion (#10-3).

Dated: August 21, 2009