IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 09 cv-01812-PAB-KMT

ESTATE OF ADAM BROWN,
by DEBORAH BROWN and GREGORY BROWN, as Co-Personal Representatives,
DEBORAH BROWN, individually, and
GREGORY BROWN, individually, as the parents of Decedent ADAM BROWN,

    Plaintiffs,

v.

TOWN OF FRISCO, COLORADO,
KEVIN J. LUKANSKI, and
BULLWINKLE'S GRILL CO., INC., d/b/a THE TIKI BAR,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT BULLWINKLE'S GRILL CO., INC.
_____

THIS MATTER comes before the Court upon the Stipulation for Dismissal With Prejudice – Claims Against Bullwinkle's Grill Co., Inc., Only [Docket No. 55]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Bullwinkle's Grill Co., Inc., d/b/a the Tiki Bar, only are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED March 23, 2010.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge