IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01812-PAB-KMT

ESTATE OF ADAM BROWN,
by DEBORAH BROWN and GREGORY BROWN, as Co-Personal Representatives,
DEBORAH BROWN, individually, and
GREGORY BROWN, individually, as the parents of Decedent ADAM BROWN,

    Plaintiffs,

v.

TOWN OF FRISCO, COLORADO and
KEVIN J. LUKANSKI,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation and Agreement for Dismissal [Docket No. 57]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 23, 2010.

                                              BY THE COURT:

                                              s/Philip A. Brimmer        
                                              PHILIP A. BRIMMER
                                              United States District Judge